BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CYNTHIA FREY (DCBN 475889)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   Cynthia.frey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 14-0523 BLF |
|---|---|
| Plaintiff, | ) CR 16-0027 BLF |
|  | ) CR 16-0212 BLF |
|  | ) CR 16-0213 BLF |
| v. | ) |
|  | ) STIPULATION ~~AND PROPOSED~~ ORDER TO |
| BERNARD OGIE ORETEKOR, | ) CONTINUE SENTENCING |
|  | ) |
| Defendant. | ) |
|  | ) **UNDER SEAL** |

     This matter is set for sentencing on December 6, 2016. The defendant recently obtained new counsel in this matter on December 2, 2016. The defendant requests a continuance of the scheduled hearing to January 3, 2017 at 9:00 a.m. because the defense needs time to review discovery and pleadings relating to the sentencing of this matter. Counsel for the defendant and the Probation Officer have agreed to the proposed continuance.

     The defense has requested a continuance and the government has no objection. This request is made pursuant to Criminal Local Rule 32-2. Good cause exists for the continuance of the hearing. Crim. L.R. 32-2(a) - (a)(1). Moreover, counsel for both parties and the Probation Officer have conferred

STIPULATION AND [PROPOSED] ORDER
CR 14-0523 BLF; CR 16-0027 BLF; CR 16-0212 BLF; CR 16-0213 BLF

1  and confirmed their availability on January 3, 2017 at 9:00 a.m.  Additionally, the Court is available on
2  that date.  Crim. L. R. 32-2(a)(2)-(3).  A proposed order is attached hereto.  Crim. L.R. 32-2(a)(4).

4  SO STIPULATED:

5                                    BRIAN J. STRETCH
                                  Acting United States Attorney

7  DATED: December 5, 2016                              /s/
                                  CYNTHIA M. FREY
8                                  Assistant United States Attorney

10 DATED: December 5, 2016                              /s/
                                JAMES MCNAIR THOMPSON
11                                 Attorney for BERNARD OGIE ORETEKOR,

STIPULATION AND [PROPOSED] ORDER
CR 14-0523 BLF; CR 16-0027 BLF; CR 16-0212 BLF; CR 16-0213 BLF

1     For good cause shown and in accordance with Criminal Local Rule 32-2(a), the sentencing on
2  this matter, now scheduled for December 6, 2016 is vacated. The hearing shall be continued to January
3  3, 2017 at 9:00 a.m.
4  IT IS SO ORDERED.

6  DATED: Dec 5, 2016                          _____
                                                HONORABLE BETH L. FREEMAN
7                                               United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
CR 14-0523 BLF; CR 16-0027 BLF; CR 16-0212 BLF; CR 16-0213 BLF